UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ORDER OF DISMISSAL

CIVIL NUMBER:

Plaintiff

v.

Defendant

IT IS ORDERED that the above-entitled action is dismissed without prejudice pursuant to LR 41(a)(1) and Fed. R. Civ. P. 4(m) for failure to complete service.

Dated this        day of

CLERK, U.S. DISTRICT COURT

_____
By:  Deputy Clerk